UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:20-CR-133

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : **INFORMATION** |
| GENE HERSHOLT WILLIAMSON, II | : |
| Defendant. | : |

The United States charges that:

On or about February 19, 2018, in the Eastern District of North Carolina, the defendant, GENE HERSHOLT WILLIAMSON, II, a resident of Jacksonville, North Carolina, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of a U.S. Individual Income Tax Return, Form 1040, for Individual A for the calendar year 2017. The return was false and fraudulent as to a material matter in that, as GENE HERSHOLT WILLIAMSON, II knew, the return fraudulently claimed Individual A operated a Schedule C business and incurred substantial business expenses, whereas Individual A did not have such a business and did not incur any such expenses.

In violation of Title 26, United States Code, Section 7206(2).

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
SUSAN MENZER
Assistant United States Attorney
Criminal Division